■ MARILYN OSER, Appellant, v MICHAEL OSER, Respondent.—In a matrimonial action, the plaintiff wife appeals from stated portions of a judgment of the Supreme Court, Queens County, dated February 24, 1978, which, *inter alia,* (1) awarded alimony of $25 per week, (2) awarded child support of $75 per week and (3) failed to provide for advance notice of visitation on Sundays. Judgment modified, on the facts and as a matter of discretion, by (1) increasing the alimony award to $75 per week and (2) adding thereto a provision requiring the defendant to give the plaintiff 72 hours' notice of his intention to exercise his right of visitation on Sundays. As so modified, judgment affirmed insofar as appealed from, with costs to the plaintiff. On the record presented we find that the award of $25 per week is inadequate for the support of the plaintiff and therefore it should be increased to the extent indicated. The provision regarding notice of the defendant's intent to exercise his right of visitation on Sundays is reasonable and necessary to permit the plaintiff to plan her weekends. Hopkins, J. P., Damiani, Gulotta and Hawkins, JJ., concur.

■ DANIEL H. OVERMYER et al., Appellants, v FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Respondent.—In an action, *inter alia,* to set aside a judgment obtained by the defendant against the plaintiffs in New York County, plaintiffs appeal from an order and judgment (one paper) of the Supreme Court, Westchester County, dated April 11, 1978, which, *inter alia,* granted defendant's motion to dismiss the complaint. Order and judgment affirmed, with $50 costs and disbursements. This appeal is totally devoid of merit and the issue sought to be litigated here has been previously determined adversely to the appellants in other litigation in which they were involved. Shapiro, J. P., Cohalan, Margett and O'Connor, JJ., concur.

■ PENNY POST et al., Plaintiffs, v HENRIETTE B. MEELER, as Executrix of WALTER MEELER, Deceased, Defendant. (Action No. 1.) PENNY POST et al., Respondents, v MICHAEL BRUSILOW, Appellant. (Action No. 2.)—Order of the Supreme Court, Kings County, entered October 4, 1977, affirmed. No opinion. Appeal from a further order of the same court, dated February 8, 1978, dismissed. No appeal lies from an order denying reargument. Respondents are awarded one bill of $50 costs and disbursements to cover both appeals. Hopkins, J. P., Damiani, Gulotta and Hawkins, JJ., concur.